S. STERN HENRY & CO., AND UNITED STATES
*v.*
UNITED STATES, AND GEMSCO, INC.

**No. 7130.**—Invoice dated London, England, September 1945.
　　　Certified September 1945.
　　　Entered at New York, N. Y., October 18, 1945.
　　　Entry No. 716885.

(Decided April 2, 1947)

*Brooks & Brooks* for the importers.
*Paul P. Rao*, Assistant Attorney General, for the United States.

LAWRENCE, Judge: It has been agreed between the parties hereto that the issues herein relating to the above-mentioned merchandise are the same in all material respects as those decided in *United States* v. *Wm. S. Pitcairn Corp.*, 33 C. C. P. A. (Customs) 183, C. A. D. 334, and that the record therein may be incorporated herein.

It has been further agreed that £0–5–10 per yard, is equal to the price at the time of exportation of such merchandise to the United States, at which such or similar merchandise was freely offered for sale to all purchasers in the principal markets of the country from which exported, in the usual wholesale quantities in the ordinary course of trade, for home consumption, and that the export value of such or similar merchandise is no higher.

Upon the agreed facts I find said value to be the foreign value of said merchandise, as such value is defined in section 402 (c) of the Tariff Act of 1930, and to be the proper basis for determining the value of said merchandise.

Judgment will be entered accordingly.

ASTRA GLOVE CORP. (GLOBE SHIPPING CO., INC.) ET AL. *v.* UNITED STATES

**No. 7131.**—Invoices dated Yeovil, England, April 6, 1946, etc.
　　　Certified April 8, 1946, etc.
　　　Entered at New York, N. Y., May 21, 1946, etc.
　　　Entry No. 762287, etc.

(Decided April 2, 1947)

*John D. Rode* for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

MOLLISON, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly